IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRELL G. CLARK,
    Plaintiff,

vs.          Case No.: 3:07cv381/RV/EMT

MS. DeGREIF,
    Defendant,
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 5, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 4th day of January, 2008.

    /s/ *Roger Vinson*
    **ROGER VINSON**
    **SENIOR UNITED STATES DISTRICT JUDGE**